**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**Cincinnati, Ohio**

**No. 10-6181**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORPORATION SECURITY BREACH LITIGATION, et al | Originating District Court Case No.: 3:08-MD-01998 MDL NO. 1998 |
| | **PATRICK BAKER'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF** |

COMES NOW Patrick Baker, Plaintiff - Appellant, and files this Motion for Extension of Time to file his brief and would respectfully show the Court the following:

I.

Patrick Baker's brief is currently due on December 28, 2010.

II.

Counsel for Appellant Baker has had family medical issues. His mother has recently been diagnosed with terminal cancer and is in the last stages of hospice care and is due to expire by Christmas.

III.

Patrick Baker has sought no prior extensions. This Motion is not to delay the appeal, but is sought so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Movant requests the Court to grant an extension of time to file the brief current due until January 28, 2011.

Respectfully,


_____/S/ Thomas L. Cox, Jr._____
Thomas L. Cox, Jr.
Texas Bar Card 04964400
4934 Tremont
Dallas, Texas  75214
469-531-3313  FAX:  214-855-7878
tcox009@yahoo.com


CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion was served has been served this 7th day of December, 2010 by electronic filing to:

Clerk of the Court
U.S. Court of Appeals
Sixth Circuit
100 E. Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

Ben Barnow
Barnow & Associates
One N. LaSalle Street
Suite 4600
Chicago, IL  60602

Burton H. Finkelstein
Finkelstein Thompson
1050 Thirtieth Street NW
Washington, D.C.  20007

Kim M. Watterson
Reed Smith
225 Fifth Avenue
Reed Smith Centre
Pittsburgh, PA  15222

_____/S/ Thomas L. Cox, Jr._____