UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __10-6181__   Case Manager: __Cheryl Borkowski__

Case Name: __Countrywide Financial__ vs. _____

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__Patrick Baker__

- ☒ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☒

Name: __Gary W Sibley__   Admitted: __1/31/2011__
(Sixth Circuit admission date only)

Signature: __/s/Gary W Sibley__   *Gary W Sibley*

Firm Name: __The Sibley Firm__

Business Address: __2414 No Akard__

Suite: __700__   City/State/Zip: __Dallas, Texas 75201__

Telephone Number: (Area Code) __214-522-5222__   Fax: __214-855-7878__

---

**CERTIFICATE OF SERVICE**

I certify that on __February 4, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Gary W Sibley__

---